# United States District Court
## For The Western District of North Carolina
## Statesville Division

CHARLES E. HLATKY,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                  CASE NO. 5:10CV68

MICHAEL J. ASTRUE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 29, 2011, Order.

                                       Signed: December 30, 2011

                                       Frank G. Johns, Clerk
                                       United States District Court